UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 01-~~11131~~-RWZ |
| NATIONAL RAILROAD PASSENGER ) | 11121 |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF LODGING OF CONSENT DECREE

The plaintiff United States of America ("United States") hereby notifies the Court that it is filing a complaint in the above-captioned action, and simultaneously, lodging a Consent Decree that resolves the action. The proposed Consent Decree resolves the United States' claims against the defendant National Railroad Passenger Corporation ("Amtrak") under the Clean Water Act, 33 U.S.C. § 1251, et seq.

Under the proposed decree, Amtrak will pay a civil penalty of $500,000, undertake two Supplemental Environmental Projects, and comply with certain injunctive measures to achieve full compliance with the Clean Water Act.

At this time the Court should not take any action with respect to the Decree. The United States will publish a notice of lodging of the Decree in the Federal Register and provide a 30-day public comment period. After the close of the public comment period, the United States will file a motion seeking entry of the Consent Decree unless comments

have been filed with the Department of Justice demonstrating that the Decree is inappropriate, improper, or inadequate.

>
> Respectfully submitted,
>
> JAMES B. FARMER
> United States Attorney
>
> By: _____
> George B. Henderson, II
> Assistant U.S. Attorney
> John Joseph Moakley U.S. Courthouse
> Suite 9200, 1 Courthouse Way
> Boston, MA 02210
> (617) 748-3282

OF COUNSEL

Edith A. Goldman
Senior Enforcement Counsel
Office of Enforcement
U.S. EPA, Region 1
1 Congress St., Suite 1100
Boston, MA 02114

Dated: June 28, 2001